UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON, | No. 2:11-cv-0518 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. NUNEZ, | |
| Defendant. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On August 2, 2013, the court ordered the United States Marshal to serve the complaint on defendant S. Nunez. Process directed to defendant Nunez was returned unexecuted, and on November 27, 2013, the Supervising Deputy Attorney General was requested to take all steps necessary to enlist the assistance from the California Department of Corrections and Rehabilitation ("CDCR") to obtain defendant's current address. On December 17, 2013, the Supervising Attorney General filed a notice of compliance, and informed the court that information had been provided to the United States Marshal. (ECF No. 54.) However, on January 17, 2014, process directed to defendant Nunez at the address provided by the Deputy Attorney General was returned unexecuted and marked, RTS ["Return to Sender"] wrong address.

Because plaintiff faces dismissal of this action[1] if defendant cannot be located for service of process, the Supervising Deputy Attorney General is again directed to take all steps necessary to obtain defendant's current address.  Given this particular defendant's name, the policy of the CDCR not to provide inmates with correctional officer's first names presents a disadvantage to plaintiff locating this defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Supervising Deputy Attorney General Misha D. Igra is requested to take all steps necessary to enlist the assistance from the CDCR to obtain defendant S. Nunez' current address; within thirty days from the date of this order, Ms. Igra is requested to provide the address to the U.S. Marshal and so inform the court. If defendant Nunez cannot be located, Ms. Igra should so advise.

2. The Clerk of the Court is directed to serve a copy of this order on Misha D. Igra, Supervising Deputy Attorney General.  (See ECF No. 54.)

3. Plaintiff is granted an additional ninety days in which to serve process on defendant Nunez.

Dated:  February 13, 2014

/pent0518.8e2

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As plaintiff was informed in this court's November 27, 2013 order, if a CDCR employee by the name of S. Nunez cannot be located, this action must be dismissed based on a failure to comply with Rule 4(m).  (ECF No. 53 at 2.)  Plaintiff may seek such information through the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.