UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON, | No. 2:11-cv-0518 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| HUBARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. On February 9, 2018, the Court of Appeals for the Ninth Circuit reversed the dismissal of plaintiff's first amended complaint and the dismissal of plaintiff's action under Rule 4(m) of the Federal Rules of Civil Procedure, and noted several options available to the district court on remand to advance plaintiff's case. Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall file a fourth amended complaint consistent with the order of the appellate court.

Dated: March 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.amd

1