UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON, | No. 2:11-cv-0518 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| HUBARD, et al., | |
| Defendants. | |

Plaintiff and defendants have filed a stipulation for an extension of time for defendants Donahoo, Johnson, Pool, Virga, and Walker to file a response to the fourth amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' stipulated motion for an extension of time (ECF No. 105) is granted; and

2. Defendants Donahoo, Johnson, Pool, Virga, and Walker is granted up to and including May 24, 2018 to file a response.

Dated: May 1, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.36