# UNITED STATES DISTRICT COURT

Eastern **District of** California

Anthony Penton

Plaintiff (s),

V.

Hubbard, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:11-cv-00518-TLN-KJN

Notice is hereby given that, subject to approval by the court, __Layton Johnson, Jr.__ substitutes
(Party (s) Name)

__Van Longyear__, State Bar No. __84189__ as counsel of record in place
(Name of New Attorney)

place of __Van Kamberian, State Bar No. 176665__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Longyear, O'Dea & Lavra, LLP |
| Address: | 3620 American River Drive, Ste. 230, Sacramento, CA 95864 |
| Telephone: | 916-974-8500   Facsimile  916-974-8510 |
| E-Mail (Optional): | longyear@longyearlaw.com |

I consent to the above substitution.      Layton Johnson, Jr.

Date:   4-25-18                             /s/ Layton Johnson, Jr.
                                            (Signature of Party (s))

I consent to being substituted.            Van Kamberian

Date:   4-30-18                             /s/ Van Kamberian
                                            (Signature of Former Attorney (s))

I consent to the above substitution.       Van Longyear

Date:   4-27-18                             /s/ Van Longyear
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 3, 2018                         /s/ Kendall J. Newman
                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**