# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ANTHONY PENTON,    No. 2:11-cv-0518-TLN-KJN P

      Plaintiff,

  v.

L. JOHNSON, et al.,    **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

     Anthony Penton, inmate #P-73663, a necessary and material witness in a settlement conference in this case on November 29, 2018, is confined in La Palma Correctional Center, Eloy, Arizona, in the custody of the Warden. Accordingly, in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan to appear by <u>telephone</u> from his present place of confinement to the U. S. District Court, Courtroom No. 8, 501 I Street, Sacramento, California 95814, on November 29, 2018, at 10:00 a.m.

     ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issues, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by telephone at the time and place above, until completion of the settlement conference or as ordered by the court.
2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, La Palma Correctional Center, 5501 North La Palma Road, Eloy, AZ 85131:**

     **WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, by telephone, until completion of the settlement conference or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 1, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE