UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PENTON,

    Plaintiff,

v.

L. JOHNSON, et al.,

    Defendants.

No. 2:11-cv-0518 TLN KJN P

ORDER SETTING STATUS CONFERENCE

Plaintiff is a state prisoner, proceeding through counsel. Plaintiff consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 6.) Defendants declined to consent. (ECF No. 50.) The parties filed a joint discovery plan, and request that a scheduling order issue; defendants request that the court schedule and conduct a scheduling conference hearing. Good cause appearing, and pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

    1. A Status (Pretrial scheduling) Conference is set for January 17, 2019, at 10:00 a.m., in Courtroom #25 before the undersigned.

    2. No further status report is required, but counsel shall attend the Status Conference prepared to briefly set out their views on the disputed issues contained in their joint discovery plan, as well as the following matters:

        a. Anticipated motions and the scheduling thereof;

  b. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and jury trial;

  c. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

  d. Whether it would be appropriate to schedule a further settlement conference before Magistrate Judge Brennan;

  e. Any other matters that may add to the just and expeditious disposition of this matter.

 3. Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (<u>see</u> Local Rule 160).

Dated: December 18, 2018

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

/pent0518.40.aty