UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2: 11-cv-0518 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2019, the parties filed a stipulation for extension of the deadlines set forth in the pretrial scheduling order. (ECF No. 156.) Pursuant to that stipulation, the undersigned makes the following ORDERS:

　　1. The deadline for completion of fact discovery is extended from August 2, 2019, to November 4, 2019;

　　2. Discovery motions must be noticed on the undersigned's law and motion calendar in accordance with the Local Rules and must be heard not later than October 10, 2019, instead of July 11, 2019;

　　3. The deadline for the parties to disclose expert witnesses, in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2), is extended from September 2, 2019, to December 4, 2019. The deadline for any rebuttal expert witness disclosures is extended from

October 2, 2019 to January 6, 2020. The deadline for replies regarding expert witness disclosures is extended from October 23, 2019, to January 27, 2020.

    4. The deadline for completion of expert witness discovery is extended from November 13, 2019, to February 17, 2020.

    5. The deadline for completion of all law and motion, including dispositive motions, but except as related to discovery-related matters, is extended from December 31, 2019, to March 3, 2020.

Dated: May 16, 2019

Pen518.mod

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE