SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Katerina L. Siefkas (SBN: 324372)
katerina.siefkas@stblaw.com
Kourtney J. Kinsel (SBN:324370)
kourtney.kinsel@stblaw.com
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON, <br><br> Plaintiff, <br><br> v. <br><br> LAYTON JOHNSON, JR., JAMES WALKER, TIMOTHY V. VIRGA, BRYAN DONAHOO, JOLENE NUNEZ, JANICE BRADFORD, KEVIN POOL, ROLF MORROW, RONALD GADDI, LE'VANCE ANTHONY QUINN, LYNCH, GILBERT SALAS, ROSEMARY BESENAIZ, AND DOES 1 THROUGH 13, <br><br> Defendants. | Case No. 2:11-cv-00518-TLN-KJN (PC) <br><br> **STIPULATION FOR EXTENSION OF DEADLINES SET FORTH IN THE MAY 16, 2019 SCHEDULING ORDER; [PROPOSED] REVISED SCHEDULING ORDER** |

////

////

////

////

////

1   Plaintiff Anthony Penton ("Plaintiff") and Defendants Layton Johnson, Jr., James Walker, Timothy V. Virga, Bryan Donahoo, Janice Bradford, Kevin Pool, Rolf Morrow, Ronald Gaddi, Le'Vance Anthony Quinn, John Lynch, Gilbert Salas, and Rosemary Besenaiz (collectively, "Defendants") respectfully submit this stipulation to extend the December 4, 2019 deadline to disclose expert witnesses set forth in the Court's May 16, 2019 Order (the "Scheduling Order") (ECF No. 156) to February 7, 2020. To accommodate this extension, Plaintiff and Defendants respectfully request a corresponding modification of the remaining deadlines provided in the Scheduling Order such that the relative time between deadlines remains intact, but that the overall schedule is shifted according to the extension of the deadline for expert disclosures from December 4, 2019 to February 7, 2020, as provided in the Proposed Order.

"Rule 16(b)'s good cause standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Since the Court issued the previous Scheduling Order in this action, Plaintiff and Defendants have continued to act diligently and amicably in pursuing discovery. For instance, Plaintiff and Defendants proceeded with the depositions in this case at a steady pace, including scheduling nine depositions within two weeks. As a result of Plaintiff's and Defendants' diligence, all parties have now been deposed. Plaintiff and Defendants believe that good cause exists under Federal Rule of Civil Procedure 16(b)(4) for extending the deadline for the disclosure of experts (and for modifying the remaining deadlines in the Scheduling Order accordingly).

In addition, document production has been exchanged and discovery requests and responses have been served, with minimal discovery disputes among the parties. Plaintiff and Defendants have maintained a productive meet and confer process which has avoided unnecessary discovery motions and will continue to do so as the process turns to expert discovery. Plaintiff and Defendants believe that an extension will allow for a more complete expert discovery process given the fact discovery that has occurred to date.

It is so stipulated:

| | | |
|---|---|---|
| 1 | Dated: November 6, 2019 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | By: */s/ Harrison J. Frahn IV* |
| 3 | | Harrison J. Frahn IV (SBN: 206822) |
| | | hfrahn@stblaw.com |
| 4 | | Michael R. Morey (SBN: 313003) |
| | | michael.morey@stblaw.com |
| 5 | | Katerina L. Siefkas (SBN: 324372) |
| | | katerina.siefkas@stblaw.com |
| 6 | | Kourtney J. Kinsel (SBN:324370) |
| | | kourtney.kinsel@stblaw.com |
| 7 | | SIMPSON THACHER & BARTLETT LLP |
| | | 2475 Hanover Street |
| 8 | | Palo Alto, California 94304 |
| | | Telephone: (650) 251-5000 |
| 9 | | Facsimile: (650) 251-5002 |
| 10 | | *Attorneys for Plaintiff Anthony Penton* |

1  Dated: November 6, 2019

By: */s/ Harrison J. Frahn IV*
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Katerina L. Siefkas (SBN: 324372)
katerina.siefkas@stblaw.com
Kourtney J. Kinsel (SBN:324370)
kourtney.kinsel@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

Dated: November 6, 2019

By: */s/ Van Kamberian*
Van Kamberian
Deputy Attorney General
California Attorney General's Office

*Attorneys for Defendants Besenaiz, Bradford, Donahoo, Gaddi, Lynch, Morrow, Pool, Quinn, Salas, Virga and Walker*

Dated: November 6, 2019

By: */s/ Nicole Cahill*
Nicole Cahill
Longyear & Lavra LLP

*Attorneys for Defendant Johnson*

STIPULATION AND [PROPOSED] ORDER    CASE NO. 2:11-CV-00518-TLN-KJN

**[PROPOSED] ORDER**

For good cause shown, the Court grants the Stipulation For Extension of The Deadlines Set Forth in the May 16, 2019 Scheduling Order. The deadlines provided by the Court's May 16, 2019 Scheduling Order shall be modified as follows:

1. The deadline for the parties to disclose any expert witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) is extended from December 4, 2019 to February 7, 2020. The deadline for any rebuttal expert is extended from January 6, 2020 to March 11, 2020. The deadline for replies regarding expert witness disclosures is extended from January 27, 2020, to April 1, 2020.

2. The deadline for completion of expert witness discovery is extended from February 17, 2020, to April 22, 2020.

3. The deadline for completion of all law and motion, including dispositive motions, but except as to discovery-related matters, is extended from March 3, 2020, to May 13, 2020.

IT IS SO ORDERED.

Dated: November 8, 2019

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.41r2