LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendant, L. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L. JOHNSON, JAMES WALKER, TIMOTHY V. VIRGA, BRYAN DONAHOO, NUNEZ, J.R. BRADFORD, K. POOL, R. MORROW, R. GADDI, LE'VANCE ANTHONY QUINN, LYNCH, G. SALAS, BEZZANES, AND DOES 1 THROUGH 13,<br><br>　　　　Defendants. | Case No.: 2:11-cv-0518 TLN KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

　　　　Plaintiff Anthony Penton ("Plaintiff") and Defendants Layton Johnson, James Walker, Timothy V. Virga, Bryan Donahoo, Janice Bradford, Kevin Pool, Rolf Morrow, Ronald Gaddi, Le'Vance Anthony Quinn, John Lynch, Gilbert Salas, and Rosemary Besenaiz (collectively "Defendants") respectfully submit this stipulation to extend the deadlines for close of expert discovery and dispositive motions, currently set for April 22, 2020 and May 13, 2020, respectively (ECF No. 173). Plaintiff and Defendants respectfully request and stipulate to the extension of the close of expert discovery from April 22, 2020 to May 22, 2020. Similarly, Plaintiff and Defendants respectfully request and stipulate to the extension of the dispositive motion deadline from May 13, 2020 to June 12, 2020.

　　　　The court's scheduling order may only be modified upon a showing of "good cause." *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604 (9th Cir. 1992). Good cause typically

looks at the diligence of the party seeking amendment of the scheduling order. *Id.* at 609. The parties have been working diligently to complete discovery, including expert discovery. Four experts have been disclosed thus far by the Parties, with reply expert reports still yet to be disclosed. All experts are anticipated to be deposed, with at least two taking place out of state. In addition, counsel for Defendant Johnson is currently scheduled for trial on April 21, 2020 in Sacramento Superior Court, with approximately 20 depositions to take place prior to trial. The parties anticipate difficulty in scheduling expert depositions within the current deadline of April 22, 2020. To accommodate these anticipated logistical issues and as a professional courtesy to counsel for Defendant Johnson, the Parties have agreed to extend the deadlines for expert discovery and dispositive motions as follows:

1. Extend expert discovery closure from April 22, 2020 to May 22, 2020; and
2. Extend dispositive motion deadline from May 13, 2020 to June 12, 2020.

It is stipulated by and between the parties through their respective counsel of record that the expert discovery deadlines may be extended as set forth above, subject to approval.

Dated: March 13, 2020        LONGYEAR & LAVRA, LLP

By: /s/ Nicole M. Cahill
VAN LONGYEAR
NICOLE M. CAHILL
Attorneys for Defendant, L. Johnson

Dated: March 13, 2020        SIMPSON THACHER & BARTLETT LLP

By: /s/ Michael Morey [as authorized 3-12-20]
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Katerina L. Siefkas (SBN: 324372)
katerina.siefkas@stblaw.com
Kourtney J. Kinsel (SBN:324370)
kourtney.kinsel@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000; Fax: (650) 251-5002
*Attorneys for Plaintiff Anthony Penton*

Dated: March 13, 2020     OFFICE OF THE ATTORNEY GENERAL

By: <u>  /s/ Van Kamberian [as authorized 3-12-20]  </u>
VAN KAMBERIAN
Attorney for Defendants, Walker, Virga, Donahoo, Bradford, Pool, Morrow, Gaddi, Quinn, Lynch, Salas and Besenaiz

**ORDER RE: EXTENSION OF EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Based on the foregoing Stipulation of the parties (ECF No. 194) and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for completion of expert discovery is extended from April 22, 2020, to May 22, 2020; and

2. The deadline for completion of all law and motion, including dispositive motions, but except as to discovery-related matters, is extended from May 13, 2020, to June 12, 2020.

Dated: March 16, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.mod

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES - 4