IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY PENTON,** | Case No. 2:11-cv-0518 TLN KJN P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **HUBARD, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. Defendants have moved for the court to file under seal for the duration of this litigation, pending further order, the Rebuttal Expert Disclosure of Defendants Donahoo, Salas, Walker, Bradford, Lynch, Pool, Virga, Morrow, Gaddi, Besenaiz, and Quinn.

Good cause appearing, IT IS HEREBY ORDERED that the motion to seal (ECF No. 193) is granted. The Clerk is directed to keep the Rebuttal Expert Disclosure by Defendants Donahoo, Salas, Walker, Bradford, Lynch, Pool, Virga, Morrow, Gaddi, Besenaiz, and Quinn under seal until further Court order.

Dated: March 16, 2020

/pent0518.sea.d2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE