IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY PENTON,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HUBARD, et al.,**<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-0518 TLN KJN P<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

　　　Plaintiff is a state prisoner, proceeding through counsel. On March 11, 2020, plaintiff filed a request to seal documents.

　　　Good cause appearing, IT IS HEREBY ORDERED that plaintiff's Request to Seal Documents Pursuant to Local Rule 141 (ECF No. 191) is GRANTED. The Clerk is directed to keep this report under seal until further Court order.

Dated: March 16, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/pent0518.sea.p2