XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7352
 Fax:  (916) 324-5205
 E-mail:  Van.Kamberian@doj.ca.gov
*Attorneys for Defendants*
*Walker, Virga, Donahoo, Morrow, Bradford*
*Quinn, Gaddi, Pool, Lynch, Besenaiz, and Salas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY PENTON,**<br><br>Plaintiff,<br><br>v.<br><br>**HUBARD, et al.,**<br><br>Defendants. | 2:11-cv-00518-TLN-KJN (PC)<br><br>**STIPULATION AND ORDER REGARDING MOTION TO MODIFY SCHEDULING ORDER ON SHORTENED TIME** |

Plaintiff Anthony Penton ("Plaintiff") and Defendants Layton Johnson, James Walker, Timothy V. Virga, Bryan Donahoo, Janice Bradford, Kevin Pool, Rolf Morrow, Ronald Gaddi, Le'Vance Anthony Quinn, John Lynch, Gilbert Salas, and Rosemary Besenaiz (collectively "Defendants") respectfully submit this stipulation for an expedited briefing schedule on an Motion to Modify the Scheduling Order to ensure the prompt resolution of this issue in advance of the upcoming deadlines to complete expert discovery and file dispositive motions.  Counsel for the parties have met and conferred regarding Defendants request to modify the scheduling order

deadlines for expert discovery and dispositive motions on a shortened time frame. The parties agree that, subject to the Court's approval, the Defendants' Motion to Modify the Scheduling Order shall be filed within 24 hours after the court serves its order on this Stipulation. Plaintiff shall have seven days from the date Defendants file their motion to file an opposition. To expedite the resolution of this matter, there will be no reply and the matter will be deemed submitted for decision upon the filing of the opposition. The parties are available for a hearing at the Court's convenience at any time following the submission of the Opposition, if the Court so desires.

    It is stipulated by and between the parties through their respective counsel of record that the Motion to Modify the Scheduling Order shall be briefed on an expedited time frame as set forth above, subject to the Court's approval.

Dated: 4-14-20                                     Office of the Attorney General

                                                                                                                  */s/ Van Kamberian*
Van Kamberian
Deputy Attorney General
Attorneys for Walker, Virga, Donahoo, Morrow, Bradford, Salas, Lynch, Quinn, Gaddi, Bradford, Besenaiz and Pool

Dated: 4-14-20                                     LONGYEAR & LAVRA, LLP

                                                 /s/ Nicole Cahill  [as authorized 4/14/2020]
VAN LONGYEAR
NICOLE CAHILL
Attorneys for Defendant, L. Johnson

Dated: 4-14-20                                     SIMPSON THACHER & BARTLETT LLP

                                         /s/ Harrison J. Frahn IV [as authorized 4/14/2020]
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Katerina L. Siefkas (SBN: 324372)
katerina.siefkas@stblaw.com
Kourtney J. Kinsel (SBN:324370)
kourtney.kinsel@stblaw.com
SIMPSON THACHER & BARTLETT LLP

1
2
3  2475 Hanover Street
   Palo Alto, California 94304
   Telephone: (650) 251-5000; Fax: (650) 251-5002
   Attorneys for Plaintiff Anthony Penton

(Lines 1–28 otherwise blank)

**ORDER RE: SHORTENED TIME FOR HEARING ON MOTION TO MODIFY SCHEDULING ORDER**

Based on the foregoing Stipulation of the parties and good cause appearing, the undersigned grants the request for shortened briefing periods.  Following review of the briefing, if the undersigned deems a hearing necessary, the court will set a telephonic hearing on shortened notice.

IT IS HEREBY ORDERED that:

1. Defendants shall file their Motion to Modify the Scheduling Order within 24 hours after the court serves its order on this stipulation.

2. Plaintiff shall file his Opposition to Defendants' Motion to Modify the Scheduling Order within seven days from the date that Defendants file their motion.

3. There will be no reply; the matter will be deemed submitted upon filing of the opposition.

Dated:  April 17, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.ost.fb