IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUBARD, et al.,<br><br>　　　　Defendants. | 2:11-cv-00518 TLN KJN P<br><br>[PROPOSED] ORDER |

　　　Plaintiff is a state prisoner, proceeding through counsel.  On April 24, 2020, defendants Donahoo, Salas, Walker, Bradford, Lynch, Virga, Morrow and Gaddi moved for an order granting relief from the 20-page limitation contained in Judge Nunley's standing information. Moving defendants state their motion for summary judgment will address eight defendants and three causes of action.  Good cause appearing, moving defendants' motion is granted.

　　　Accordingly, defendants Donahoo, Salas, Walker, Bradford, Lynch, Virga, Morrow and Gaddi are allowed up to forty pages for their memorandum of points and authorities in support of their motion for summary judgment.

Dated:  May 1, 2020

/pent0518.pg

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE