Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Justin J. Calderon (SBN: 321405)
justin.calderon@stblaw.com
Kourtney J. Kinsel (SBN: 324370)
kourtney.kinsel@stblaw.com
Raul G. Duran (SBN: 324248)
raul.duran@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone:      (650) 251-5000
Facsimile:      (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAYTON JOHNSON, JR., JAMES WALKER, TIMOTHY VIRGA, BRYAN DONAHOO, JOLENE NUNEZ, JANICE BRADFORD, ROLF MORROW, RONALD GADDI, JOHN LYNCH, GILBERT SALAS, AND DOES 1 THROUGH 13,<br><br>                    Defendants. | Case No. 2:11-cv-00518 TLN KJN P<br><br>~~[PROPOSED]~~ **ORDER** |

1    Plaintiff filed a motion to exceed the page limit for his opposition to the motion for

2  summary judgment.

3    **GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED that:

4    1.  Plaintiff's motion (ECF No. 228) is granted; and

5    2.  Plaintiff Anthony Penton is allowed up to forty (40) pages for his opposition to the

6  Motion for Summary Judgment filed by Defendants Donahoo, Salas, Walker, Bradford, Lynch,

7  Virga, Morrow, and Gaddi in this action on June 10, 2020 (ECF No. 220).

8  Dated:  June 18, 2020

9

10    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

11  pent0518.pg2