Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Justin J. Calderon (SBN: 321405)
justin.calderon@stblaw.com
Kourtney J. Kinsel (SBN: 324370)
kourtney.kinsel@stblaw.com
Raul G. Duran (SBN: 324248)
raul.duran@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone:     (650) 251-5000
Facsimile:      (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAYTON JOHNSON, JR., JAMES WALKER, TIMOTHY VIRGA, BRYAN DONAHOO, JOLENE NUNEZ, JANICE BRADFORD, ROLF MORROW, RONALD GADDI, JOHN LYNCH, GILBERT SALAS, AND DOES 1 THROUGH 13,<br><br>　　　　　Defendants. | Case No. 2:11-cv-0518 TLN KJN P<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ANTHONY PENTON'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

Plaintiff is a state prisoner proceeding through counsel.  Compelling reasons appearing, IT IS HEREBY ORDERED that Plaintiff Anthony Penton's Request to Seal Documents Pursuant to Local Rule 141 (ECF No. 221) is GRANTED.  The Clerk is directed to keep the non-redacted versions of the following papers supporting Mr. Penton's June 12, 2020 Motion for Partial Summary Judgment against Defendant Layton Johnson, Jr. under seal until further Court order: (1) Plaintiff Anthony Penton's Memorandum of Points and Authorities in Support of Motion for

Partial Summary Judgment against Defendant Layton Johnson Jr., (2) Plaintiff Anthony Penton's Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment against Defendant Layton Johnson, Jr., and (3) Exhibit R to the Declaration of Michael R. Morey in Support of Plaintiff Anthony Penton's Motion for Partial Summary Judgment against Defendant Layton Johnson, Jr.

Dated:  February 24, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.sea6