Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Michael R. Morey (SBN: 313003)
michael.morey@stblaw.com
Justin J. Calderon (SBN: 321405)
justin.calderon@stblaw.com
Kourtney J. Kinsel (SBN: 324370)
kourtney.kinsel@stblaw.com
Raul G. Duran (SBN: 324248)
raul.duran@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone:      (650) 251-5000
Facsimile:       (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>Plaintiff,<br><br>v.<br><br>LAYTON JOHNSON, JR., JAMES WALKER, TIMOTHY VIRGA, BRYAN DONAHOO, JOLENE NUNEZ, JANICE BRADFORD, ROLF MORROW, RONALD GADDI, JOHN LYNCH, GILBERT SALAS, AND DOES 1 THROUGH 13,<br><br>Defendants. | Case No. 2:11-cv-0518 TLN KJN P<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ANTHONY PENTON'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

1   Plaintiff is a state prisoner, proceeding through counsel. Compelling reason appearing,
2   IT IS HEREBY ORDERED that Plaintiff Anthony Penton's Request to Seal Documents
3   Pursuant to Local Rule 141 (ECF No. 225) is GRANTED. The Clerk is directed to keep the
4   non-redacted version of the Declaration of Michael R. Morey in Support of Plaintiff Anthony
5   Penton's Renewed Application for Entry of Default Judgment against Jolene Nunez under seal
6   until further Court order.

Dated: February 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.sea7