LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendant, L. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| ANTHONY PENTON, | ) Case No.: 2:11-cv-0518 TLN KJN P |
|---|---|
| Plaintiff, | ) **[PROPOSED]** ORDER GRANTING DEFENDANT JOHNSON'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 |
| vs. | |
| L. JOHNSON, JAMES WALKER, TIMOTHY V. VIRGA, BRYAN DONAHOO, NUNEZ, J.R. BRADFORD, K. POOL, R. MORROW, R. GADDI, LE'VANCE ANTHONY QUINN, LYNCH, G. SALAS, BEZZANES, AND DOES 1 THROUGH 13, | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. Compelling reasons appearing, IT IS HEREBY ORDERED that Defendant Johnson's Request to Seal Documents Pursuant to Local Rule 141 (ECF No. 232) is GRANTED. The Clerk is directed to keep the unredacted versions of the following papers supporting Mr. Johnson's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment under seal until further Court order: (1) Defendant Johnson's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment; (2) Defendant Johnson's Response to Plaintiff's Undisputed Material Facts; and (3) Exhibit R to the Morey MSJ Declaration, already under seal.

Dated: February 24, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pent0518.sea8