UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUBARD, et al.,<br><br>　　　　Defendants. | No.  2:11-cv-00518-TLN-KJN<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding through counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 12, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff filed objections to the findings and recommendations.  Defendants Walker, Virga, Donahoo, Bradford, Morrow, Gaddi, Lynch and Salas filed a reply.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed August 12, 2021, are adopted in full, and the motion for summary judgment (ECF No. 220) filed by Defendants Bradford, Donahoo, Gaddi, Lynch, Morrow, Salas, Virga, and Walker is GRANTED in part and DENIED in part as follows:

1. Defendants' motion for summary judgment based on Plaintiff's alleged failure to exhaust administrative remedies as to Plaintiff's access to courts and interference with mail claims is denied.

2. Defendant Bradford is granted summary judgment on Plaintiff's claim that Defendant Bradford wrongfully denied Plaintiff's 2008 request for PLU status, based on Plaintiff's failure to exhaust administrative remedies.

3. Defendant Lynch is granted summary judgment based on Plaintiff's failure to exhaust administrative remedies.

4. Defendants Walker, Virga, Donahoo, and Gaddi are granted summary judgment on Plaintiff's access to the courts and interference with mail claims.

5. Defendants Bradford and Morrow are granted summary judgment on Plaintiff's 2007 access to the courts claims.

6. Defendants Bradford and Morrow are granted qualified immunity on Plaintiff's 2007 access to the courts claims.

7. Defendants Salas and Lynch are granted summary judgment on Plaintiff's retaliation claims.

8. Defendant Lynch is granted qualified immunity on Plaintiff's retaliation claim.

Dated:  September 30, 2021

Troy L. Nunley
United States District Judge