UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. JOHNSON, et al.,<br><br>　　　　　Defendants. | No. 2:11-cv-0518 TLN KJN P<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

　　　　Plaintiff is a state prisoner, proceeding through counsel. On February 24, 2022, counsel for plaintiff filed a request to seal plaintiff's request for reconsideration and supporting declarations and exhibits pursuant to Local Rule 141. Compelling reasons appearing, plaintiff's request (ECF No. 261) is granted.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request to seal (ECF No. 261) is granted; the Clerk is directed to file under seal the following three documents: Plaintiff Anthony Penton's Request for Reconsideration by the District Court of Magistrate Judge's Ruling, the Declaration of Justin J. Calderon re Sealing, and the Declaration of Justin J. Calderon re Exhibits. Such documents shall remain under seal until further order of the Court.

Dated:  March 2, 2022

/pent0518.sea.rec

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE