UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>            Plaintiff,<br><br>       v.<br><br>L. JOHNSON, et al.,<br><br>            Defendants. | No.  2:11-cv-00518-TLN-KJN<br><br>**ORDER** |

On March 3, 2022, Plaintiff filed a request under seal for reconsideration of the magistrate judge's order filed February 10, 2022, also under seal.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.*  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 265), the order of the magistrate judge filed February 10, 2022 (ECF No. 257), is affirmed.

DATED:  March 21, 2022

Troy L. Nunley
United States District Judge

1