UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON,<br><br>    Plaintiff,<br><br>    v.<br><br>LAYTON JOHNSON, JR., et al.,<br><br>    Defendants. | No.  2:11-cv-0518 TLN KJN P<br><br><br><br>ORDER |

    On November 16, 2022, the parties filed a joint stipulation seeking extensions of the deadlines for filing pretrial statements.  Good cause appearing, the stipulation is granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The joint stipulation (ECF No. 293) is granted;

    2. Plaintiff's pretrial statement shall be filed on or before January 16, 2023; and

    3. Defendant Johnson shall file his pretrial statement on or before February 15, 2023.

Dated:  November 17, 2022

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

/pent0518.ext