UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PENTON, | No. 2:11-cv-0518 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LAYTON JOHNSON, JR., et al., | |
| Defendants. | |

Plaintiff is a former state prisoner, proceeding through counsel. After yesterday's hearing on plaintiff's motion to modify the scheduling order before the undersigned, the district court requested that the pretrial conference hearing be advanced to accommodate notice for the filing of motions in limine, address other issues, and prepare the final pretrial order. Therefore, the September 7, 2023 final pretrial conference is advanced to May 4, 2023. If scheduling conflicts impact this date, counsel should contact Michele Krueger, Courtroom Deputy to Judge Nunley, 916-930-4163, to discuss alternative dates available prior to defense counsel's due date.

Accordingly, IT IS HEREBY ORDERED that the final pretrial conference set for September 7, 2023, is advanced to May 4, 2023, at 2:00 p.m., in Courtroom #2 before the Honorable Troy L. Nunley.

Dated: January 12, 2023

/pent0518.adv

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE