1 | LONGYEAR & LAVRA, LLP
2 | Van Longyear, CSB No.: 84189
  | Nicole M. Cahill, CSB No.: 287165
3 | 555 University Avenue, Suite 280
  | Sacramento, CA 95825
4 | Phone: 916-974-8500
  | Facsimile: 916-974-8510
5 | Emails: longyear@longyearlaw.com
  |        cahill@longyearlaw.com
6 | Attorneys for Defendant, L. Johnson

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

10

| | |
|---|---|
| ANTHONY PENTON, | Case No.: 2:11-CV-00518-DJC-KJN |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT JOHNSON'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |
| L. JOHNSON, JAMES WALKER, TIMOTHY V. VIRGA, BRYAN DONAHOO, NUNEZ, J.R. BRADFORD, K. POOL, R. MORROW, R. GADDI, LE'VANCE ANTHONY QUINN, LYNCH, G. SALAS, BEZZANES, AND DOES 1 THROUGH 13, | **Date:    September 18, 2023** **Time:    8:30 a.m.** **Ctrm:    10** **Judge:  Hon. Daniel J. Calabretta** |
| Defendants. | |

GOOD CAUSE APPEARING, Defendant Johnson's Request to Seal Documents Pursuant to Local Rule 141 is GRANTED.  The Clerk is directed to keep the following documents under seal until further Court order:

- Defendant's motion *in limine* number 1;
- Ex. 1 to the Declaration of Nicole Cahill in support of Defendant's motions *in limine*;
- Ex. 7 to the Declaration of Nicole Cahill in support of Defendant's motions *in limine*.

///

///

1   IT IS SO ORDERED.

2

3 Dated:  September 12, 2023    /s/ Daniel J. Calabretta

4             THE HONORABLE DANIEL J. CALABRETTA

              UNITED STATES DISTRICT JUDGE