SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Jonathan C. Sanders (SBN: 228785)
jsanders@stblaw.com
Hilary Wong (SBN: 336544)
hilary.wong@stblaw.com
Pierce A. MacConaghy (SBN: 341371)
pierce.macconaghy@stblaw.com
2475 Hanover Street
Palo Alto, CA  94304
Telephone:  (650) 251-5000
Facsimile:   (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAYTON JOHNSON, JR.,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00518-DJC-KJN<br><br>**ORDER GRANTING PLAINTIFF ANTHONY PENTON'S REQUEST TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141**<br><br>Trial Date: September 18, 2023<br>Time: 9:00 AM<br>Courtroom: 10<br>Judge: Hon. Daniel J. Calabretta |

COMPELLING REASONS APPEARING, Plaintiff Anthony Penton's Request to Seal Document Pursuant to Local Rule 141 is GRANTED. The Clerk is directed to keep the non-redacted versions of Plaintiff's Pretrial Brief under seal until further Court order.

**IT IS SO ORDERED.**

Dated:  September 12, 2023                /s/ Daniel J. Calabretta
                                          _____
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE