HARRISON J. FRAHN IV (SBN: 206822)
hfrahn@stblaw.com
Jonathan C. Sanders (SBN: 228785)
jsanders@stblaw.com
Hilary Wong (SBN: 336544)
hilary.wong@stblaw.com
Pierce A. MacConaghy (SBN: 341371)
pierce.macconaghy@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Plaintiff Anthony Penton*

VAN LONGYEAR (SBN 84189)
NICOLE M. CAHILL (SBN 287165)
LONGYEAR & LAVRA, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

*Counsel for Defendant Layton Johnson, Jr.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>            Plaintiff,<br><br> v.<br><br>LAYTON JOHNSON, JR., et al.,<br>            Defendants. | CASE No. 2:11-cv-0518 DJC KJN<br><br>**ORDER**<br><br>HON. DANIEL J. CALABRETTA<br><br>Trial Date: September 18, 2023 |

**ORDER**

IT IS HEREBY ORDERED that:

1. The Stipulation for Extension of Deadline to Submit Plaintiff's Bill of Costs (ECF No. 372) is granted; and

2. Plaintiff shall submit his bill of costs on or before October 18, 2023.

Dated:  October 2, 2023              /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE