LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
         cahill@longyearlaw.com

Attorneys for Defendant, L. Johnson

SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Jonathan C. Sanders (SBN: 228785)
jsanders@stblaw.com
Hilary Wong (SBN: 336544)
hilary.wong@stblaw.com
Pierce A. MacConaghy (SBN: 341371)
pierce.macconaghy@stblaw.com
2475 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON, | Case No.: 2:11-CV-00518-DJC-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| vs. | |
| L. JOHNSON, , | |
| Defendant. | |

Plaintiff Anthony Penton ("Plaintiff") and Defendant Layton Johnson ("Defendant") (collectively, the "Parties") respectfully submit this stipulation to request extensions of various deadlines related to the filing of post-trial motions.

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time period, the court may, for good cause, extend the time. . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . ." As the Ninth Circuit has said, "[r]equests for extension of time made before the applicable deadline has passed 'normally . . . should be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 642 F.3d 1253, 1259 (9th Cir. 2010) (citations omitted).

Accordingly, the parties stipulate to the following briefing schedule related to the filing of post-trial motions:

- Defendant be allowed to supplement his Rule 59 motion within 7 days of receipt of the official transcript for purposes of adding citations to the record;
- Plaintiff's opposition to Defendant's Rule 59 motion is due 14 days after the filing of Defendant's supplemental brief;
- Defendant's reply to Plaintiff's opposition to Defendant's Rule 59 motion is due 10 days after the filing of Plaintiff's opposition;
- Defendant's Rule 50 motion is due within 21 days of receipt of the official transcript in accordance with the Court's minute order (ECF 371);
- Plaintiff's opposition to Defendant's Rule 50 brief is due 14 days after filing of Defendant's Rule 50 motion;
- Defendant's reply to Plaintiff's opposition to Defendant's Rule 50 brief is due 10 days after filing of Plaintiff's opposition;
- Defendant's opposition to Plaintiff's motion for costs and fees (ECF 378) is due 14 days after resolution of Defendant's Rule 50 and Rule 59 motions.

The Parties also request that the current hearing date for Defendant's Rule 59 motion be vacated and re-set after the filing of Defendant's Rule 50 briefing so that both motions may be heard at the same time.

Dated: October 26, 2023                    LONGYEAR & LAVRA, LLP


                                           By: /s/ Nicole M. Cahill
                                               VAN LONGYEAR
                                               NICOLE M. CAHILL
                                               Attorneys for Defendant,
                                               L. Johnson


Dated: October 26, 2023                    SIMPSON THACHER & BARTLETT LLP



                                           By: /s/ Pierce A. MacConaghy [as authorized on 10-26-23]
                                               HARRISON J. FRAHN IV
                                               JONATHAN C. SANDERS
                                               HILARY CHI WING WONG
                                               PIERCE A. MACCONAGHY
                                               Attorneys for Plaintiff,
                                               Anthony Penton

STIPULATION AND ORDER TO EXTEND DEADLINES- 3

# ORDER RE: EXTENSION DEADLINES

Based on the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that briefing of post-trial motions be scheduled as follows:

- Defendant be allowed to supplement his Rule 59 motion within 7 days of receipt of the official transcript for purposes of adding citations to the record;
- Plaintiff's opposition to Defendant's Rule 59 motion is due 14 days after the filing of Defendant's supplemental brief;
- Defendant's reply to Plaintiff's opposition to Defendant's Rule 59 motion is due 10 days after the filing of Plaintiff's opposition;
- Defendant's Rule 50 motion is due within 21 days of receipt of the official transcript in accordance with the Court's minute order (ECF 371);
- Plaintiff's opposition to Defendant's Rule 50 brief is due 14 days after filing of Defendant's Rule 50 motion;
- Defendant's reply to Plaintiff's opposition to Defendant's Rule 50 brief is due 10 days after filing of Plaintiff's opposition;
- Defendant's opposition to Plaintiff's motion for costs and fees (ECF 378) is due 14 days after resolution of Defendant's Rule 50 and Rule 59 motions.

Additionally, the current hearing date for Defendant's Rule 59 motion is VACATED, to be re-set after the filing of Defendant's Rule 50 briefing so that both motions may be heard at the same time.

IT IS SO ORDERED.

Dated: October 26, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE