LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com

Attorneys for Defendant, L. Johnson

SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Jonathan C. Sanders (SBN: 228785)
jsanders@stblaw.com
Hilary Wong (SBN: 336544)
hilary.wong@stblaw.com
Pierce A. MacConaghy (SBN: 341371)
pierce.macconaghy@stblaw.com
2475 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>     Plaintiff,<br><br>   vs.<br><br>L. JOHNSON, ,<br><br>     Defendant. | Case No.: 2:11-CV-00518-DJC-KJN<br><br>**STIPULATION AND ORDER REGARDING DEADLINES** |

     Plaintiff Anthony Penton ("Plaintiff") and Defendant Layton Johnson ("Defendant") (collectively, the "Parties") respectfully submit this stipulation to clarify and reiterate deadlines related to Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 378).

/ / /

Plaintiff filed a Motion for Attorneys' Fees and Costs on October 20, 2023, with a November 30, 2023 hearing date. (ECF No. 378.) On October 26, 2023, the Parties submitted a stipulation and proposed order that, among other things, set a proposed briefing schedule for Plaintiff's Motion for Attorneys' Fees. (ECF No. 379.) This proposal required Defendant's Opposition to the motion to be due 14 days after the resolution of Defendant's Rule 50 and Rule 59 motions. The Court granted the Parties' stipulation on October 27, 2023. (ECF No. 380.)

The transcript of the trial was emailed to Defense counsel on November 3, 2023, requiring Defendant's Rule 50 motion to be due on November 24, 2023, the day after Thanksgiving. (ECF No. 371, Declaration of Nicole Cahill ¶ 2.) Due to the timing of the deadlines for Defendant's Rule 50 and Rule 59 motions with the Thanksgiving and Veterans' Day holidays, the Parties filed a stipulation for a briefing schedule for Defendant's Rule 50 motion and Supplemental Rule 59 motion. (ECF No. 383.) The Court signed the order, but added a paragraph moving the hearing date for Defendant's motions to January 18, 2024. The order also moved the hearing date for Plaintiff's Motion for Attorneys' Fees and Costs to the same date, which inadvertently had not been vacated with the Parties' previously filed stipulation. (ECF No. 384.)

Accordingly, the Parties submit this stipulation to clarify that they seek to reinforce the previous stipulation, requiring Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees to be due 14 days after the this Court's ruling on Defendant's Rule 50 and Rule 59 motions and vacating the hearing on January 18, 2024, only as to Plaintiff's Motion for Attorneys' Fees and Costs.

Dated: November 28, 2023　　　　　　　　　LONGYEAR & LAVRA, LLP

　　　　　　　　　　　　　　　　　By: /s/ Nicole M. Cahill
　　　　　　　　　　　　　　　　　　　VAN LONGYEAR
　　　　　　　　　　　　　　　　　　　NICOLE M. CAHILL
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　L. Johnson

1 | Dated: November 28, 2023                        SIMPSON THACHER & BARTLETT LLP

By: /s/ Pierce A. MacConaghy [as authorized 11-28-23]
HARRISON J. FRAHN IV
JONATHAN C. SANDERS
HILARY CHI WING WONG
PIERCE A. MACCONAGHY
Attorneys for Plaintiff,
Anthony Penton

## ORDER RE: CLARIFICATION OF DEADLINES

Based on the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that the hearing on Plaintiff's Motion for Attorneys' Fees and Costs, currently set for January 18, 2024 at 1:30 p.m. is VACATED.  In accordance with the previously filed stipulation and order (ECF Nos. 379 and 380), Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs is due 14 days after the Court's ruling on Defendant's Rule 50 and Rule 59 motions.  Plaintiff's Reply is due in accordance with Local Rule 230(d).

IT IS SO ORDERED.

Dated:  November 29, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE