LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
         cahill@longyearlaw.com

*Attorneys for Defendant, L. Johnson*

SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (SBN: 206822)
hfrahn@stblaw.com
Jonathan C. Sanders (SBN: 228785)
jsanders@stblaw.com
Hilary Wong (SBN: 336544)
hilary.wong@stblaw.com
Pierce A. MacConaghy (SBN: 341371)
pierce.macconaghy@stblaw.com
2475 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

*Attorneys for Plaintiff Anthony Penton*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON, | Case No.: 2:11-CV-00518-DJC-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| vs. | |
| L. JOHNSON, | |
| Defendant. | |

Plaintiff Anthony Penton ("Plaintiff") and Defendant Layton Johnson ("Defendant") (collectively, the "Parties") respectfully submit this stipulation to request extensions of various deadlines related to the filing of post-trial motions.

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time period, the court may, for good cause, extend the time. . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . .". As the Ninth Circuit has said, "[r]equests for extension of time made before the applicable deadline has passed 'normally . . . should be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 642 F.3d 1253, 1259 (9th Cir. 2010) (citations omitted).

Plaintiff filed a motion for attorneys' fees on October 20, 2023 before briefing was complete on Defendant's Rule 50 and 59 motions. ECF 378. Subsequently, the Parties agreed that Defendant would file his opposition to Plaintiff's motion for attorneys' fees fourteen (14) days following this Court's decision regarding Defendant's Rule 50 and 59 motions. ECF 391. Because Plaintiff is entitled to seek fees for opposing Defendants' Rule 50 and 59 motions, however, the Parties have agreed that Plaintiff may file a supplemental motion for attorneys' fees.

Accordingly, the parties stipulate to the following briefing schedule related to the filing of attorneys' fees motions:

- Plaintiff's supplemental motion for attorneys' fees is due Friday, July 26, 2024;
- Defendant's opposition to Plaintiffs' motion for attorneys' fees is due Friday, August 16, 2024;
- Plaintiff's reply to Defendant's opposition to Plaintiff's motion for attorneys' fees is due Monday, August 26, 2024.

Dated: July 16, 2024                LONGYEAR, LAVRA & CAHILL, LLP

                                    By: /s/ Nicole M. Cahill
                                    VAN LONGYEAR
                                    NICOLE M. CAHILL
                                    *Attorneys for Defendant L. Johnson*

| | | |
|---|---|---|
| 1 | Dated: July 16, 2024 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | By: /s/ *Harrison J. Frahn IV* |
| 3 | | HARRISON J. FRAHN IV |
| | | JONATHAN C. SANDERS |
| 4 | | HILARY CHI WING WONG |
| 5 | | PIERCE A. MACCONAGHY |
| | | *Attorneys for Plaintiff Anthony Penton* |

# ORDER

Based on the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that briefing of attorneys' fees motions be scheduled as follows:

- Plaintiff's supplemental motion for attorneys' fees is due Friday, July 26, 2024;
- Defendant's opposition to Plaintiffs' motion for attorneys' fees is due Friday, August 16, 2024;
- Plaintiff's reply to Defendant's opposition to Plaintiff's motion for attorneys' fees is due Monday, August 26, 2024.

IT IS SO ORDERED.

Dated:  July 18, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE