LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
         cahill@longyearlaw.com

Attorneys for Defendant, L. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY PENTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L. JOHNSON, JAMES WALKER, TIMOTHY V. VIRGA, BRYAN DONAHOO, NUNEZ, J.R. BRADFORD, K. POOL, R. MORROW, R. GADDI, LE'VANCE ANTHONY QUINN, LYNCH, G. SALAS, BEZZANES, AND DOES 1 THROUGH 13,<br><br>　　　　Defendants. | Case No.: 2:11-CV-00518-DJC-KJN<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR STAY OF ENFORCEMENT**<br><br>Judge: Hon. Daniel Calabretta |

**ORDER SHORTENING TIME**

　　Based on the application by Defendant Johnson and good cause appearing, IT IS HEREBY ORDERED that the time to hear Defendant Johnson's Motion to Stay Enforcement and Waive Bond is hereby shortened. The hearing on the motion shall be on October 22, 2024 at 1:30 PM, via videoconference, before District Judge Daniel J. Calabretta. Plaintiff's response to the Defendant's motion shall be filed no later than October 15, 2024. Defendant's reply, if any, shall be filed no later than October 18, 2024.

///

///

1 | Defendant shall file the Motion to Stay Enforcement and Waive Bond, ECF No. 410-3, including the Declaration of Nicole M. Cahill, ECF No. 410-4, and the Declaration of Stacy Lopez, ECF No. 410-5, as a properly noticed, standalone motion, set for the date and time referenced above, forthwith.

IT IS SO ORDERED.

Dated:  October 1, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE